## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ISRAEL DUPONT,

                Plaintiff,

                                      Case No. 8:09-cv-1224

v.

COLLECTCORP CORPORATION

                Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                      Respectfully submitted,

                                      /s/ Dayle M. Van Hoose
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No.:  016277
                                      Elizabeth Fite Blanco, Esq.
                                      Florida Bar No.: 0644439
                                      Kenneth C. Grace, Esq.
                                        Florida Bar No.: 0658464
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                      9009 Corporate Lake Drive, Suite 300-S
                                      Tampa, Florida  33634
                                      Telephone:   (813) 890-2463
                                      Facsimile:    (813) 889-9757

dvanhoose@sessions-law.biz
eblanco@sessions-law.biz
kgrace@sessions-law.biz

Attorneys for Defendant,
Collectcorp Corporation

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of July 2009, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Harold E. Barker, Esq.
Mario J. Cabrera, Esq.
DiCesare, Davidson & Barker, PA
5640 S. Florida Avenue
P.O. Box 7160
Lakeland, FL 33806-7160


/s/ Dayle M. Van Hoose
Attorney

N:\Collectcorp Corporation (9241)\Dupont, Israel (9241-09-24799)\Pleadings\Notice of Pending Settlement.doc