**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ISRAEL DUPONT,

      Plaintiff,

vs.                                                 CASE NO. 8:09-CV-01224-T-24MAP

COLLECTCORP CORPORATION,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ISRAEL DUPONT, and Defendant, COLLECTCORP CORPORATION, by and through their undersigned counsel, hereby stipulate to the dismissal of the Complaint and all claims and causes of action against Defendant herein with prejudice with each party to bear its or her own fees and costs.

Dated this 24th day of September, 2009.

DiCESARE, DAVIDSON, & BARKER, P.A.      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

| | |
|---|---|
| / s/ Harold E. Barker | /s/ Dayle M. Van Hoose |
| HAROLD E. BARKER, ESQUIRE | Dayle M. Van Hoose, Esq. |
| Florida Bar #0500143 | Florida Bar No.: 016277 |
| Post Office Box 7160 | Elizabeth Fite Blanco, Esq |
| Lakeland, Florida 33807-7160 | Florida Bar No.: 0644439 |
| Phone (863) 648-5999 | Kenneth C. Grace, Esq |
| Facsimile (863) 648-4755 | Florida Bar No.: 0658464 |
| E-mail rbarker@ddblaw.com | 9009 Corporate Lake Drive, Suite 300-S |
| Attorney for Plaintiff | Tampa, Florida 33634 |
| | Telephone: (813) 890-2463 |
| | Facsimile: (813) 889-9757 |
| | dvanhoose@sessions-law.biz |
| | eblanco@sessions-law.biz |
| | kgrace@sessions-law.biz |
| | Attorney for Defendant |